FILED:  October 6, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 21-6885
(7:21-cv-00245-EKD-JCH)

———————————————

DAVID MEYERS

Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

Defendant - Appellee

———————————————

O R D E R

———————————————

The court dismisses this proceeding for failure to prosecute pursuant to

Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk